# IN THE SUPREME COURT OF THE STATE OF NEVADA

MELANIE HILL, AN INDIVIDUAL; MELANIE HILL LAW PLLC; HARDEEP SULL, AN INDIVIDUAL; AND SULL & ASSOCIATES, PLLC,

Appellants,

vs.

SBARRO, LLC, D/B/A SBARRO PIZZA; SBARRO, INC., D/B/A SBARRO PIZZA; AND DANA DORADO,

Respondents.

No. 83632

FILED

MAY 02 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Nancy L. Allf, District Judge
James A. Kohl, Settlement Judge
Lipson Neilson P.C.
Armstrong Teasdale, LLP/Las Vegas
Littler Mendelson, P.C./Las Vegas
Eighth District Court Clerk

---

[1]Any relief regarding the bond for costs on appeal must be sought in the district court. NRAP 7.